459 A.2d 34

Price v. Witt, et al.

Appeal of Paul Witt and Marion Witt, Individually and Trading as Witt Home for the Aging.

Petition for Allowance of Appeal
Denied Sept. 2, 1983.

Argued April 5, 1982. William A. Hebe, for appellants; Ronald R. Bolig, for appellee.

Before HESTER, CAVANAUGH and CIRILLO, JJ.

Judgment affirmed.